

March 1, 2024

Alex J Ru
212.915.5598 (direct)
646.522.1199 (mobile)
Alex.Ru@WilsonElser.com

Honorable Philip M. Halpern
District Court Judge
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas St.
White Plains, NY 10601

        Re:    *Lee, et ano. v. Budde, et al.*
              Case No.:    7:24-CV-00168-PMH
              Our File No.:  25854.00009

Dear Judge Halpern:

We represent defendant, Robert Budde in the above referenced action. We respectfully write to the Court requesting time to answer or respond to plaintiff's complaint until March 25, 2023. This is our first request for an extension. Plaintiff consents to this request as reflected in the attached stipulation.

We thank the Court for its consideration of our request.

                                    Respectfully requested,

                      Wilson Elser Moskowitz Edelman & Dicker LLP

                                        Alex J Ru

150 East 42nd Street | New York, NY 10017 | p 212.490.3000 | f 212.490.3038 | wilsonelser.com

Albany, NY | Atlanta, GA | Austin, TX | Baltimore, MD | Birmingham, AL | Boston, MA | Charlotte, NC | Chicago, IL | Dallas, TX | Denver, CO | Detroit, MI | Edwardsville, IL
Garden City, NY | Hartford, CT | Houston, TX | Indianapolis, IN | Jackson, MS | Las Vegas, NV | London, England | Los Angeles, CA | Louisville, KY | Madison, NJ | McLean, VA
Merrillville, IN | Miami, FL | Milwaukee, WI | Nashville, TN | New Orleans, LA | New York, NY | Orange County, CA | Orlando, FL | Philadelphia, PA | Phoenix, AZ | Portland, OR
Raleigh, NC | San Diego, CA | San Francisco, CA | Sarasota, FL | Seattle, WA | Stamford, CT | St. Louis, MO | Tyler, TX | Washington, DC | West Palm Beach, FL | White Plains, NY