UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x

DAVON LEE and PAUL GARRETT,

Plaintiffs,

-against-

ROBERT BUDDE, JUSTIN LARCHEVESQUE, and DANIELLE LONG,

Defendants.

---------------------------------------------------------------x

**ORDER**

24 Civ. 168 (JCM)

On August 17, 2026, Defendants Robert Budde, Justin Larchevesque, and Danielle Long (collectively, "Defendants") filed their motions *in limine*. (Docket No. 91). On August 26, 2026, Plaintiffs Davon Lee and Paul Garrett (collectively, "Plaintiffs") opposed, arguing, in part, that Defendants failed to meet and confer as required under Rule 6.4 of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York ("Rule 6.4"). (Docket No. 94 at 5). The meet-and-confer requirement serves to "obviate the need for unnecessary motion practice in those instances where the would-be movant learns that its adversary does not intend to introduce the evidence in question, or the parties are able to come to an agreement on the evidence to be introduced and any conditions on its use." Committee Note to Rule 6.4.

Accordingly, the parties are directed to meet and confer pursuant to Rule 6.4 and submit a joint letter by September 9, 2026, identifying which motions *in limine* the parties have resolved, and which motions remain for the Court to resolve.

Dated: September 2, 2026
White Plains, New York

**SO ORDERED:**

Judith C. McCarthy

JUDITH C. McCARTHY
United States Magistrate Judge